CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

October 26, 2020

JULIA C. DUDLEY, CLERK
BY: /s/T. Taylor
DEPUTY CLERK

(J)

FORM TO BE USED BY A PRISONER FILING A CO~~~~~~
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1~~~ Bivens Action

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Virginia
western

Carlos ~~Obama~~ Alberto Garcia
Reg #36134-298  In Pro-Se
P.O. Box 1002
Thomson, IL, 61285

(Full name, prison identification
number and address of the plaintiff)

v.

Civil Action No. 7:20-cv-00629
(Leave blank on initial filing to be filled in by Court.)

U.S. DEPARTMENT of JUSTICE, FEDERAL BUREAU

of PRISON, U.S.P. LEE Prison officials Including:

LT. J. BOWLES, LT. LIVELY, Active Captain and warden At That Time.

officer BATES, officer NEDOE, officer HORNSBY, officer STAPLETON, RN. MEADE, And
(Full name and address of the defendant(s))  All officers Involved During My 4 Point And
Ambulatory Restraint process.

COMPLAINT

## I. Previous lawsuits

**A.** Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐   NO ☑

**B.** If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

   Plaintiff: N/A

   Defendant(s): N/A

2.   Court (if a federal court name the district; if a state court name the city or
     county): ___N/A___

3.   Case No.: ___N/A___

4.   Date filed: ___N/A___

5.   Name of judge that handled the case: ___N/A___

6.   Disposition (won, dismissed, still pending, on appeal): ___N/A___

     _____

7.   Date of disposition: ___N/A___

## II.   Administrative proceedings

A.   If you are a prisoner, did you file a grievance as required by the prison's
     administrative remedy procedures?

     YES ☑    NO ☐

1.   If you answered YES:

     a.   What was the result? Allegations were Reported To Appropriate Authority For Review.

          And my Request For Monetary Compensation should Be Pursued Through The Appropriate
          Statutorily-Mandated Procedure. (see Attached)

     b.   Did you appeal?

          YES ☑    NO ☐

2.   If you answered NO to either of the questions above, explain why: .

     ___N/A___

     _____

1983 Complaint (Rev. 05/2013)                    7

**III.    Statement of claim**

(Briefly state the facts of your case.  Include dates, times, and places.  Describe what each defendant did or how he/she is involved.  If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Plaintiff Is claiming Multiple Constitutional, Civil, And Prisoner's Rights Violations. Specifically The 8th Amendment, Torture, Sexual Abuse, Excessive Force, Cruel And Unusual Punishment, Corporal Punishment, Hate Crimes Directed Towards Sex-offenders, Degradation, De-Humanization, Threats of Death And Bodily Harm, Along with other Forms of Staff Misconduct Committed To Me, which occurred At United States Penitentiary LEE, V.A., Federal Prison. (See Attached...)

**IV.    Relief**

(State briefly what you want the Court to do for you.)

(See Attached....)

SIGNED THIS 25 day of, August ,2020.

_____
(original signature of plaintiff)

Reg# 36134-268

P.O. Box 1002

Thomson, IL, 61285
(address of plaintiff)

## III. Statement of Claim (Continued...)

On June 26, 2018, I Was Taken out of My Assigned Prison Cell Located In U.S.P. LEE's Special Housing Unit. I Was Immediatley Handcuffed And Restrained Into A Plastic Wheel Chair where officers Informed Me That If I Could Not Convince Psychologist Dr. Bailey That I was Soicidal And Get Placed On Suicide Watch, I Would Be "In Big Trouble". Previous To Me Being Extracted From My Cell, I Recieved Multiple Verbal Threats By S.H.U. LT. J. Bowles, And other Correctional officers Regarding Me Recieving A 205 Code Violation For Musterbating, Written By My Case Manager Ms. Hughes. They Each Reffered To Me whenever They Passed My Cell By Derrogatory Names Such As "Dick Beater", And "Sex offender". Always Following By Saying. "We've Got Something Special For People Like You!"

Once Psychology Deemed Me Compatent And Non-Suicidal. An Estimate of Six officers Transported Me To A Holding Cell, where They Cut The Clothes off of My Body, Along with Strands of My Hair with A Razor. Then Proceeded To Place Me In "Paper Clothing", with Their Hands And Not My own. During This Process, I Continued To Hear Derrogatory Insults where officers Reffered Me To Things Such As, "cho-Mo", "Sex-offender", "Faget", "Baby Raper", "Hank Raper", And "Piece of Shit PIMP". During The Process of Being Compketley Nude And Waiting For My "Paper Clothing", officer Bates "Flicked" My Penis with His Hand In A Slapping Motion And Stated, "I Don't Think You're Going To Be Needing This Anymore!" Following By The other officers And LT. Bowles Laughing At Me In An Attempt To Humiliate Me. Once One of The officers Brought Me Back My "Paper Underwear", I was Told To Lift up one Foot At A Time, while The officers Changed Me Into Them. During This Time One of The officers Stated "Here Goes Your Ninja Turtle Underwear, Just For you Sex-offender!" officer Bates Then Maliciously Pulled up The "Paper underwear" Along The Crack of My Anus And Moving It Back And Forth In A Flossing Motion Stating "How Do You Like This Thang Faget? This IS Payback For All Those Girls you Pimped" "How Does It Feel To Be The Ho Now? We should Make This Faget Suck Some Dick!" officers Continued To

①

## III. Statement of Claim (Continued.....)

Laugh At officer Bates Remarks. At That Point Another officer Spanked Me on My Bare Buttocks, officer Bates Continued To Floss The orange "Paper Underwear" Along The Crack of My Anus, until The Underwear Ripped Causing Pain Towards My ~~Buttocks~~ Testicles And Anus.

Upon Completing The Transfer From Cotton Clothing Into "Paper clothing", I was Then Issued A Safety Helmet And Placed under Ambulatory Restraints Vigourously And with Malicious Intent, For The Sole Purpose of Causing Pain And Inflicting Injury. officers Wrapped The Metal Chain Around My Stomach Three Times, Even After I complained About Being In Pain And Having Difficulty Breathing. officers Laughed At Me And Made My Restraints Even Tighter. officers Then Deliberately Placed The Lock Compartment on My Ambulatory Chains Backwards And Towards My Back. Instead of Reapplying The Restraints Properly, Two officers Held My upper Torso on Each side of Me, while other officers Took Turns Grabbing My Ambulatory chains And Forcibally And Violently Re-Directing The Lock Compartment From My Back Towards My Front. All while Laughing At My Screams And Pain, And Making A Game out of who Could succeed In Re-Arranging My Restraints To The Front First. The Ambulatory Restraints Placed on Me were So Tight on My Stomach, That officers Litterally Lifted My Body off of My Feet And Into The Air Multiple Times As They struggled Through This Process. I was Then Administered Into Ankle Cuffs which were Also Vigourous, Followed By Me Being Dropped To My Knees Violently And was Told To Face The Brick wall In Front of Me, And Told Me I Had Something Special In Store For Me If I Moved!

Being That My Helmet was covering My Eyes And Nose, Preventing Me From Breathing Properly And Seeing. I Attempted To use The wall As Leverage To Lift My Safety Helmet over My Eyes. upon Doing This, Several officers yelled, "stop Hitting Your Head! Hes Trying To Kill Himself!" I was Then Swarmed And Had Several officers kick, Punch, And knee My Back, Legs, Head, And upper Torso Area, As other officers Grabbed My Neck

## III. Statement of Claim (Continued...)

And Smashed My Face on The Wall. I Proceeded To Scream For Help Due To The Pain The officers were Inflicting on Me. And Due To The Fear They were Causing Upon Me.

I was Shortly Transfered Back Into The Plastic wheel chair And was Carried Upstairs Into Cell 201, which Is The 4point Restraint Cell, or As The officers Called It, The "Torture Chamber". As Soon As I Entered Cell 201, I Immediatley Took Note of My Surroundings, And Noticed That The Security Camera Located At The Top Corner of The Cell was Covered with what Appeared To Be A piece of Brown Paper Bag. Preventing Proper Surveillance, And obviously, Violating Numerous Safety And Security Violations.

When The officers Took Me out of The wheel Chair, I was Immediatley Grabbed By Two officers. One By My Feet, And The other By My shoulders. In Unison, on The Count of Three They Both Lifted Me Above Their Heads And over Their shoulders, And Dropped Me onto The Mattressless, Hard, Concrete Slab on Their Final Count, Causing Me To Get The wind Knocked out of My stomach. Immediatley, officers Began To Hold And Restrain Me with Their Hands. As They Changed Me out From Ambulatory And Into 4-Point Restraints.

Upon Getting Placed Into 4-points, officers Deliberatley Administered The Restraints on Me In An Illegal Fashion. Instead of Having one Handcuff Placed In Each "Bar", Leaving The Links on The Handcuffs As Room For Standard Motion. officers Placed The whole Handcuff Inside The "Bars", using The Links To Hold The Handcuffs In Place, Then Double Handcuffing Me on Each wrist Tightly, Violently, And Maliceously, Cutting off Blood Circulation To My Hands And wrists, And For The Sole Purpose of Inflicting Pain, Uncomfortability, And Torture. Black Plastic clamps were Then Administered To The Bars To Prevent Any And All Movement of The wrist And Hands what so Ever!

As Soon As My Hands And Ankles were Restrained And Secured. Every officer In Cell 201 who was There Initially And During The Process of 4-Pointing Me

③

# III. Statement of Claim (Continued...)

Began To Physically Abuse Me! Most with Hands, Elbows, And Feet. One officer Even Took It upon Himself To Sexually Assault My Testicles And Penis Area By Taking The Chains used For Ambulatory Restraints That They Removed From My Stomach, And Striking Me with It On My Penis And Testicular Area A Total of Three Times Before Retiring It And Resorting To His Hands! At This Time, one of The officers Pushed My Saftey Helmet over My Eyes For The Purpose of Blocking My Vision So As Not To Be Able To Identify officers Assaulting Me.

Throughout All My Assaults, The Verbal Remarks And Comments That The U.S.P. LEE officials Made Towards Me And Amongst Themself's, Makes Me Believe Beyond A Reasonable Doubt, That This IS A Hate Crime Towards Sex-offenders. Specifically "Pimps" And "Masterbaters". or Inmates with Code 205 Rule violations For Masterbating. I was Called Derrogatory Names Such As "Dick Beater", "Sex offender", And "Kiddie Pimp" By LT. J. Bowles. I was Called "Cho-Mo", "Baby Raper", "Faget Pimp", And "Bitch Ass Pimp" By officer Bates, officer Bledsoe Called Me A "child Molester", A "Dick Beater", And claimed That This IS Payback For All The Girls I Pimped (Double Jepordy), And Punishment For My Case Manager Catch Me "Jacking off". There were Many other officers who Made Many More Derragatory, And Degrading Remarks During The Two Days I was Being Tortured. Most Regarding Me Being A Registered Sex-offender For Sex-Trafficking of A 16 year old Minor when I was 19 years of Age, Having A Code 205 Rule violation For Masterbating, Being A Homosexual, And For My Case Manager seeing Me Masterbate. Any officers who I Did Not Name In This Complaint By Name, Either Was Not Wearing Their Name Tags or I Simply Couldn't Remember Their Last Names.

I was Beaten with Fists, Punches, Kicks, Elbows, And Blows To The Face with The Safety Shield, Along with other parts of My Body while I was In A

# III. Statement of Claim (Continued...)

Defensless State Administered Under 4-Point Restraints. I Got Physically And Verbally Abused And Tortured While In 4-Point Restraints Every Two Hours On The Hour For A Period of or About 18 (eighteen) Hours Straight! Nurse Meade Repeatedly Came For Medical Assesments And Restraint Checks. But Concluding As Being Corrupt, And A Part of The U.S.P. LEE Institutional Staff's Violence Against Inmates Conspiracy. She Always Concluded All My Tests, Vitals, Injury Reports, And Restraint Checks As Copastetic, No Pain, And Normal, When In All Actuality, I was Screaming For Help And In Excrussiating Pain, with obvious Marks of Assault And physical Abuse Such As Blood, Bruises, And Abrassions Through out Each And Everyone of Her Assesments. Nurse Leon, Cawdill was The only RN who was Not In Cahoonts with The Staff's Misconduct, And Medically Assessed Me As Honest And As Accurately As He Could. Staff Even Began To Yell At Him In A Threatening Fashon For This, Forcing Him To Scribble out Some of My Injuries. But Even So, He Still Took Note And Assessed Me For Most of Them.

It IS Apparent, And Cannot Be Credibly Denied That Reasonable officers Working At The U.S.P. LEE Special Housing Unit would Have Known That Repeatedly Punching, Striking, And physically Abusing A Restrained Prisoner In The Face, Nose, Shoulders, Stomach, Back, Legs, Ankles, And Head For A Substained Period, For No other Reason But To Punish Him, And Double Punish Him For A Behavioral Issues, IS Unlawful In Light of Pre-Existing Law! This Form of Torture, Corporal Punishment, And Excessive Force Is A Form of "Cruel And unusual Punishment" To The Treatment of Prisoners From The Prison officials. And The 8th Amendment Forbids "The unnessasarry And Wanton Infliction of Pain". And Clearly Beating Somebody Sensless And Sadistically while They Are under 4-Point Restraints Every Two Hours For 18 Hours, IS Beyond unnessasary, And More Along The Lines of

⑤

## III. Statement of Claim (continued...)

Terroristic, Sadistic, And Ruthlessly Criminal! This IS obviously A Repugnant To The Conscience of Man Kind, And A Complete Form of Degridation Towards Human Beings As A whole, When Prison officials Maliciously And Sadistically Use Force To Cause Harm, Contemporary standards of Decency Are Always Violated. (See whitley V. Albers. And See Hudson V. McMillan)

Medical Records And Permanent Scar Damage Caused By The Abuse I Soffered on The Dates of June 26, 2018 And June 27, 2018 Are Extraordinary Circumstances, Repugnant To The Conscience of Man Kind, And Most Definatley Constitutes The Pain And Mental Trauma I Suffered Through As Far More Than The de minimis Injury. My Injuries were Indeed Severe And Permanent. with Medical Records And Abrassion Marks To Back These statements. Thus Rendering This Incident A Clear Violation of My Eighth Amendment Rights.

whether The Injury of which I Am Complaining About IS Significant Enough, when Viewed In It's Actual Factual Context, It Amounts To A Violation of My Rights To Be Free From Cruel And unusual Punishment. Speeially when My Demise was Caused All while I was Restrained And Cooperative. Being In Double Handcuffs And Leg Irons Ultimatley Left Me Complettley Defenseless when The Assaults Took Place. I was Maliciously And Sadistically Assaulted without Any Provocation. officer Bates Maliciously Punched My Nose with His Fist Then Tryed To Break It By Sliding The Saftey Shield From The Bottom of My Nose Towards The Base of It. As My only Defense, I Turned My chin Towards My chest And used My Saftey Helmet As A Barrier, Blocking The Plastic Shield From Hitting My Exposed Nose. Discontent with That, officer Bates Then Began Using The Saftey Shield As A weapon, using It's sharp Edges To slice And Saw At My upper Torso/shoulder Area Like A Knife, Causing It To

⑥

III. Statement of Claim (continued...)

Bleed, Leaving Permanent Skin Damage From The Abrasions It Left on Me, My Nose Was Also Bleeding And Swollen Do To The Unprotected, overhand, Closed Fist Punch Officer Bates originally Hit Me with. (check Medical Assesment Caudil, leon 6-26-18 And 6-27-18).

All In All, Medical Assesments will Prove And State I suffered From A Bleeding Swollen Nose, From officer Bates Punch, Abrassions on My Shoulder From The Saftey Shield Jawing Against My Skin, Abrassion on Both My Left And Right wrists Due To The Excessively, Excrussiatingly Tight Double Handcuffs, And Also Abrassions on My Left And Right Ankle Due To The Vigiourously Tight Form They were Restrained.

During The Late Night Shift, I was Fed Toilet Water From The Dirty Comode Located In Cell 201 By LT. Lively. He Forced Me To Drink It Twice! when He Tried To Feed It To Me A Third Time And I Refused, He Poured It on My Face And Sayd, "Piece of Shit Sex offender." Shortly Afterwards I Vomited Due To The Contaminated water LT. Lively Fed Me. (check Medical Assesment Subiect: Inmate Unresponsive 6-27-18.)

Somewhere Between The Time of 5:00A.M. And 6:00 A.M. On 6-27-19. officers Beating Me Every Two Hours Since The Previous Afternoon Finally Seemed To Take It's Toll on Me. And with Multiple Hits To The Face And Head, officers Beat Me Physically To the point of Knocking Me out unconscious. My Memory went Blank For An unknown Period of Time Before I Was Finally woken Back To Consciousness By Medical Staff. Upon Seeing Me Responsive, officers Gave Me An ultimatom. Tell Medical staff I was Fine And O.K., or Go To Medical, Get Seen, And start This process All over Again when I Returned To The S.H.U. In Fear of My Life, I Agreed And Denied Medical Attention In Fear of More Injury.

⑦

## III. Statement of Claim (Continued...)

During The 18 Hours That I was under 4-Point Restraints, I was Not only Beaten, Humiliated, Degraded, Starved And Denied of Food, Injured, Mentally Scarred, And Tortured. But I was Also Forced To Facilitate one Bowell Movement on Myself, And urinate on Myself Four Times Throughout My 18 Hours In Restraints without Ever Being changed, Allowed To use The Restroom, or Shower Afterwards. Being Forced To Lay In My Feces And urine over Night Made Me Feel Animalistic, Disturbed, uncomfortable, And unhuman!

The Nature of The Force Caused To Me specifically was Maliciously And Sadistically Applied To Cause Harm. (Quoting <u>Hudson</u>, 503 U.S. AT 7). The Court clairified That The Nature of The Force, Rather Than The Extent of The Injury, Is Relevant Inquiry. And In This situation, The Extent would obviously Be Labeled As Extreme, Violent, Ruthless, Degrading, And unconstitutional.

Being Beaten Repundantly In A Cell with It's Security Camera Being Covered In order To Conceal U.S.P. LEE'S officers Criminal Intent while Defenslessly Restrained (Illegally For 18 Hours Straight.) In 4-Points, Constitutes As Torture. Having My Anus Flossed with "Paper underwear" By officer Bates, Being Forced To Drink Toilet water By LT. Lively, And Being Forced To Hear All The Deragatorry Comments Made To Disrespect Me IS Humiliation. And Forcing Me To Facilitate Bowell Movements And urinate on Myself, Then Lay In It For Multiple Hours until The Following Morning IS Definattey Degradation. And All of These Actions Have Been classified As "Repugnant To The Conscience of Man kind"

(See e.g. <u>Riley</u> 115 F. 3d at 1168 n.4 (citing <u>Rochin V. California</u> 342 U.S. 165, 72 S. Ct. 205, 96 L. Ed. 183 (1952)

On or About 9:00 A.M. on 6-27-18 I was Released From 4-Point Restraints And Re-Administered Back Into Ambilatory Restraints with

## III. Statement of Claim (Continued...)

Officers Applying The Same Violent Method By Tripple wrapping My Restraints Around My Stomach And Deliberatley Placing The Handcuff Compartment on My Buckside Instead of My Front. Again. Only This Time Officer Stapleten Placed His Right Foot on My Back, And Used It As Leverage In Order To Constrict The Ambulatory chains Around My stomach As Tight As He possibly Could. When officers Sadistically Re-Arranged My Restraints So That The Handcuff Compartment Would Be Facing The Front, officer Stapleton And others Involved In The process, Succeeded In Ripping Two Huge Estimated 8 Inch And 14 Inch Lacerations on The Left side of My Stomach. This Injury was Not Noted or Assesed Due To Being In Ambulatory Restraints During The Medical Assesment. I Did In Fact Report It And Asked Medical staff Members And Intake Staff Members To Take Note of It Arriving At U.S.P. ATLANTA Transfer Center And U.S.P. Coleman One Medical, Psychology, And S.I.S. During Intake Process. Medical Assesment on 6/12/18 Requesting P.C. status, Will Not show Those Marks.

During My Time In Ambulatory Restraints I was Confronted By LT. J. Bowles, The Active Captain At That Time, And other officers. LT. Bowles Told Me "Garcia, You smell Like what you Are. A piece of shit! Now I'm Going To Tell you This one Time And one Time only! If you Mention This, or Even Attempt To Report This To Anybody, We're Going To Mail You To your Mother In A Pine Box!" The Captain Then Says "So Be A Good Dick Beater And keep Your Mouth shut. Otherwise you're Going To Find yourself In A Dire, Dire situation!" Realizing That I was Being Threatened By Death By Both LT. J. Bowles And The Prisons Captain If I Reported This. I Decided To Cooperate with Them And Agreed To their Terms Under Durres.

I Attempted To Assess This Problems Multiple Times Formally And Informally. All of These Forms Had No Success In Helping Me Seek Relief.

## III. Statement of Claim (Continued....)

I Attempted Formal And Informal Resolutions (BP-8, BP-9, BP-10, BP-11) only To Be Told That A Thourough Review would Be Conducted And That The Admin. Remedy Program Does Not Provide Monetary Relief, Yet Staff Members who were Involved Have Now Transferred To My Facility And Even Been Promoted To Luitenants. And A simple Review Is In No way Bringing Me Any Reliet To The Excrussiating Pain I Suffered, And Torture, Degradation, And Humuliation I was Forced To Experience. I Am Not Satisfied with Those Results.

Excess Physical Force Against A Prisoner Constitutes Cruel And Unusual Punishment, Even When The Inmate Does Not Suffer Serious Injury. That Question was Answered In The Affirmative In 503 U.S. at 4. When The Supreme Court went To Emphasize As Follows: {727 F.3d 327} when Prison officials Maliciously And Sadistically use Force To Cause Harm, Contemporary Standards of Decencey Are Always Violated. This Is True wether or Not significant Injury Is Evident. otherwise The 8th Amendment would Permit Any Physical Punishment, No Matter How Diabolical, or Inhuman, Inflicting Less Than Some Arbitrary Quantity of Injury.

Not only Did This Experience Degrade Me, Make Me Feel Like Less of A Man, Injure Me, Left Permanent Scar Damage on My once Flawless Body, Limbs, And Skin; Abuse Me Sexually, And Verbally. But on Top of All The Pain These officers Inflicted on Me Physically, There Is No Compare To The Pain And Trauma That This Experience Has Left on My Mentally. I Have Had Night Terrors At Least weekly ot This Incident Still, And It Has Been over Two Years! I Also Fear Every uniformed officer That I Come Across, Not Knowing If The Next Time They Handcuff Me, They Are Going To Beat Me Ruthlessly Like They Did on June 26, 2018 And June 27, 2018. This Incident Has seriously Led Me To Develop A phobia of uniformed officers.

(10)

## III - Statement of Claim (continued...)

In An Attempt To Cover Their Tracks And Justify The officers Actions. Beyond Blocking The Security Cameras And Beating Me And physically Abusing Me only where The "Blind Spots" were Located At. The officers Involved, Took It upon Themself's To write Me A Series of Fictious 200 Series Code violations. Including Threatening, Sexual proposals, And Insolence write ups. None of which Justify Me Being Restrained And Tortured For 2 Days. In One write up LT. Bowles Lied And Accused Me of Saying I was Gong To kill My Cell Mate or Any Correctional officer If I Didn't Get A single Cell. Yet After Being Restrained, I was Taken Back To That Same Cell with That Same Cell Mate My write up claimed I Threatened To kill, Those write ups/Code violations were written Fictiously, And Cost Me Valuable Good Conduct Days, Causing Me To Stay Longer In Prison. And Also Caused Me To Loose Years worth of Communication Priviledges Such As Phone And Visits, Even Though The Actions I Am Being Accused of Never Happened And were Not Committed.

As A whole, My Experience In U.S.P. LEE Caused Me Alot of Pain, Sorrow, Torture, Permanent Skin Damage, Psychological Trauma, Good Conduct Days, Communication with My Family, Degradation, Dehumnization, Amongst other Things.

And As A United States American Citizen, It Is My Constitutional Right To Be Protected of Such Hardship.

And on The Date of 6-26-18 And 6-27-18. The U.S. Department of Justice, The Federal Bureau of Prisons, And US.P. LEE'S officials As A whole And Individually violated That Right Deliberatley And with Indifference. Causing Provassive Risk of Harm To My Life, Health, And well Being.

And Such Action IS unexcusable!

(11)

## IV. Relief

As A Result of My Abuse, The Excessive Forced Carried Upon Me By The officers In U.S.P. LEE'S Special Housing Unit, Me Being Sexually Assaulted By An officer, Me Being Sexually Batterized By An officer, The Permanent Scar And Tissue Damage Caused Be Being In Restraints, And The Abuse The officers Inflicted on Me Through Abuse, The Mental And Psychological Trauma And Scars I Developed From This Experience, My Eighth Amendment Rights Being violated, My Human Rights Being violated, The Degradation And De-humanization I was Forced To Be Put Through, The Loss of Good Conduct Time And Communication Priviledges I Lost, The Lack of Medical And psychological Treatment I was Denied Fram, The Hate Crime That was Committed upon Me Due To My Sex-offender Registration over The Sex Trafficking of A 16 year old Minor charge I Committed At The Age of 19, The State of unconsciousness I was Brutaly Beat Into, The Filthy Toilet water I was Forced To Drink And Consume, The Bowell Movement I was Forced To Commit on My self, For All The Hours I was Forced To Lay In MY own Urine And Feces, And For Any other Form of Pain And Suffering I Didn't Mention. I Am Demanding Financial Compensation In The Form of $16,144,015.91 (Sixteen Million, One-Hundred And Fourty-Four Thousand, Fifteen Dollars And Ninety-One Cents.) In The Form of U.S. Currency, Against The U.S. Department of Justice, Federal Bureau of Prisons, U.S.P. LEE officials Including But Not Limited To LT. J. Bowles, LT. Lively, The Active Captain At That Time, The Warden At That Time, officer Bates, officer Bledsoe, officer Hornsby, officer stapleton, RN. Meade, And

Any other officers who were Involved In The 4-Point And Ambulatory Restraint Process on The Day of 6-26-18 And 6-27-18 For Partaking In The Abuse, or Not Reporting It. As A Whole And Also Individually.

I would Also Like Criminal charges Pressed on Each And Everyone of These Individuals For All Taking A Role And participating In My Tourture And My Abuse.

I Am Also Asking For Restraining orders Placed on Me And All The Parties Involved To Insure My Saftey And Protection. Specially Towards officers who Are Currently Working At My Facility At A.U.S.P. Thomson. To Prevent Retaliation.

All Compensation will Be Considered Payment And Relief For All Pain And Suffering, Permanent Scar Damage, Mental Trauma, Abuse, And or Any other Damage Inflicted upon Me By U.S.P. LEE'S Prison officials.

For The Foregoing Reason, It Is The Petitioners Prayer That This Court Take the Seriousness And The Quality of This Matter Belere A Judge And Jury of The People To Serve Justice And Conclude The unconstitutionality And Violations of Rights Pretaining To The Defendants Mentioned Above As A whole And Also Individually Under A Court of Law.

In The Alternative, I The Petitioner Am willing To Bargain with The Defendants To Settle This Matter Informally And out of A Court of Law.

The Following Documents Are Enclosed In This

(13)

Complaint:
1.) Copies of My Administrative Remedies
2.) A log of My Admin. Remedies
3.) Medical Assesments pretaining To This Incident.

SIGNED THIS 25th day of August, 2020.

Carlos Garcia
36134-298
P.O. Box 1002
Thomson, IL 61285

